UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DYLAN FORD,

Plaintiff,

v.

BRIAN GOTLIEB,

Defendant.

Case No. 2:26-cv-01701-DJC-CSK (PS)

ORDER

(ECF No. 3.)

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 2, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 3), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 3). No objections were filed and the time to do so has passed.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and

finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 3) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;
3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/ford26cv1701.JO.noobj